TH:LAB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT |
| - against - | |
| LUIS MOSSO, | 25-MJ-191 |
| Defendant. | (18 U.S.C. § 922(g)(1)) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Alexander Nunez, being duly sworn, deposes and states that he is a Task Force Officer with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about May 22, 2025, within the Eastern District of New York and elsewhere, the defendant LUIS MOSSO, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit: one silver .22mm pistol with serial number 633027.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

1.      I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and a New York Police Department ("NYPD") detective currently assigned to the Metro Safe-Streets Task Force which focuses on the investigation of criminal enterprises.  I have been a member of the NYPD for approximately 21 years, a detective for approximately 13 years, and a Task Force Officer for approximately 5 years.  I have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition.  I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.      On or about May 22, 2025, at approximately 1:38 a.m., members of the NYPD observed an individual later identified as LUIS MOSO, walking in and around 89-22 Roosevelt Avenue, in Queens, New York, with a firearm clearly visible in his right hand. NYPD officers subsequently apprehended MOSSO moments after he displayed the firearm.  At the precinct, MOSO identified himself as "LUIS MOSO" when his asked his name and the NYPD was able to verify his identity through law enforcement databases.  A picture of the recovered firearm is depicted in **Figure-1** and picture of MOSSO with the firearm before he was apprehended is depicted in **Figure-2**.



**Figure-1**



**Figure-2**

3. I have reviewed LUIS MOSSO's criminal history. On or about January 31, 2023, MOSSO pleaded guilty to attempted criminal possession of a weapon in the second degree, in violation of New York Penal Law 265.03, for which he was sentenced to two years' imprisonment and two years' probation.

4. I have conferred with an interstate nexus expert, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, who has informed me, in substance and in part, that the firearm recovered from LUIS MOSSO's person was manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued so that the defendant LUIS MOSSO may be dealt with according to law.

*Alexander Nunez*
_____
Alexander Nunez
Task Force Officer
Federal Bureau of Investigation

Sworn to before me on this
23th day of May, 2025

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK